# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-0527
Lower Tribunal No. F15-22546

————————

**Lamont Lubin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Lamont Lubin, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Lubin v. State, 316 So. 3d 762 (Fla. 3d DCA 2021) (denying habeas petition based on ineffective assistance of counsel); see also Lubin v. State, 286 So. 3d 811 (Fla. 3d DCA 2019) (affirming conviction on direct appeal).